■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE ESPIRITUSANTO, Appellant. [857 NYS2d 517]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered on or about October 16, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Williams, Catterson and Acosta, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE BALLESTEROS, Appellant. [857 NYS2d 517]—Judgment, Supreme Court, Bronx County (Dominic R. Massaro, J.), rendered on or about August 31, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Williams, Catterson and Acosta, JJ.